1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                * * *

| | |
|---|---|
| Chaveratana Susia Ledvina, | **ORDER FOR STATUS AND SCHEDULING CONFERENCE** |
| Plaintiff, | |
| v. | Case No.: 2:14-cv-01414-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Fabian Villarreal, | |
| Plaintiff, | |
| v. | Case No.: 2:14-cv-01415-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |
| Christine M. Harwick | |
| Plaintiff, | |
| v. | Case No.: 2:14-cv-01651-RFB-PAL |
| Eldorado Resorts Corporation *et al.*, | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | Andjelka Knezevic, | |
| 2 |         Plaintiff, | |
| 3 | v. | Case No.: 2:14-cv-01655-RFB-PAL |
| 4 | Eldorado Resorts Corporation *et al.*, | |
| 5 |         Defendants. | |
| 7 | | |
| 8 | Osvaldo Raul Andreatta, | |
| 9 |         Plaintiff, | |
| 10 | v. | Case No.: 2:15-cv-00749-RFB-PAL |
| 11 | Eldorado Resorts Corporation *et al.*, | |
| 12 |         Defendants. | |
| 14 | Rajii Arora, | |
| 15 |         Plaintiff, | |
| 16 | v. | Case No.: 2:15-cv-00751-RFB-PAL |
| 17 | Eldorado Resorts Corporation *et al.*, | |
| 18 |         Defendants. | |
| 20 | Frank Baccala, | |
| 21 |         Plaintiff, | |
| 22 | v. | Case No.: 2:15-cv-00752-RFB-PAL |
| 23 | Eldorado Resorts Corporation *et al.*, | |
| 24 |         Defendants. | |

| | | |
|---|---|---|
| 1 | Erin Saak | |
| 2 |     Plaintiff, | |
| 3 | v. | Case No.: 2:15-cv-00754-RFB-PAL |
| 4 | Eldorado Resorts Corporation *et al.*, | |
| 5 |     Defendants. | |
| 6 | | |
| 7 | Saeed Azizi, | |
| 8 |     Plaintiff, | |
| 9 | v. | Case No.: 2:15-cv-00755-RFB-PAL |
| 10 | Eldorado Resorts Corporation *et al.*, | |
| 11 |     Defendants. | |
| 12 | | |
| 13 | Douglas Bull, | |
| 14 |     Plaintiff, | |
| 15 | v. | Case No.: 2:15-cv-00756-RFB-PAL |
| 16 | Eldorado Resorts Corporation *et al.*, | |
| 17 |     Defendants. | |
| 18 | Andrew Moser, | |
| 19 |     Plaintiff, | |
| 20 | v. | Case No.: 2:15-cv-00757-RFB-PAL |
| 21 | Eldorado Resorts Corporation *et al.*, | |
| 22 |     Defendants. | |
| 23 | Corey Wells, | |
| 24 |     Plaintiff, | |
| 25 | v. | Case No.: 2:15-cv-01006-RFB-PAL |
| 26 | Eldorado Resorts Corporation *et al.*, | |
| 27 |     Defendants. | |
| 28 | | |

| | |
|---|---|
| Lance Burns,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01009-RFB-PAL |
| Sean Mitropanopolous,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01014-RFB-PAL |
| Steven Olshansky,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01017-RFB-PAL |
| Gail Barnes,<br><br>             Plaintiff,<br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01026-RFB-PAL |
| Don Parr,<br><br>             Plaintiff,<br>v.<br><br>El Dorado Resorts Corporación *et al.*,<br><br>             Defendants. | Case No.: 2:15-cv-01028-RFB-PAL |

| | |
|---|---|
| Mohammed Ali Sekkat,<br><br>               Plaintiff,<br><br>v.<br><br>El Dorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01029-RFB-PAL |
| Marcella Parr,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01030-RFB-PAL |
| Susan Scheinburg,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01031-RFB-PAL |
| Julie Santovito,<br><br>               Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>               Defendants. | Case No.: 2:15-cv-01032-RFB-PAL |

A status and scheduling conference is set for **9:00 a.m., August 13, 2015, in Las Vegas Courtroom 3A** before the Honorable Peggy A. Leen and the Honorable George A. Foley.

Dated this 31st day of July, 2015.

                                             _____
                                             Peggy A. Leen
                                             United States Magistrate Judge